```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
    UNITED STATES OF AMERICA,                                 :
                                                              :
                                                              :
                  -v-                                         :
                                                              :
                                                              :
    TORELL NIUELDLER,                                         :
                                                              :
                                        Defendant.            :
------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/27/2023

1:16-cr-396-GHW-11

ORDER

GREGORY H. WOODS, United States District Judge:

The conference scheduled in this matter for March 29, 2023 is adjourned to April 21, 2023 at 10:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: March 27, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge