UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
        :
UNITED STATES OF AMERICA,        :
        :
        :
-v-        :   1:16-cr-396-GHW-11
        :
TORELL NIUELDER,        :   ORDER
        :
      Defendant.  :
------------------------------------------------------------- X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 5/2/2023 |

GREGORY H. WOODS, United States District Judge:

The status conference scheduled in this matter for May 8, 2023, at 11:00 a.m. will instead take place at 2:00 p.m. on the same day, in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: May 2, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge