| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------ X<br>UNITED STATES OF AMERICA,<br><br>-v-<br><br>TORELL NIUELDER,<br><br>                                    Defendant.<br>------------------------------------------------------------ X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 5/5/2023<br><br><br>1:16-cr-396-GHW-11<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

The status conference scheduled in this matter for May 8, 2023, at 2:00 p.m. will instead take place at 11:00 a.m. on the same day, in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: May 5, 2023
       New York, New York

                                                                                  GREGORY H. WOODS
                                                                 United States District Judge